GORDON and Others *v.* THE SOUTHERN BANK OF KENTUCKY.

Accommodation indorsers of a promissory note governed by the law merchant, do not stand in the relation of sureties for the maker, for whose accommodation they became indorsers, within the meaning of our statute in relation to "Remedies of sureties against their principals."

APPEAL from the *Floyd* Circuit Court.

*Per Curiam.*—Accommodation indorsers of a promissory note governed by the law merchant, do not stand in the relation of sureties for the maker, for whose accommodation they became indorsers, within the meaning of our statute in relation to "Remedies of sureties against their principals." 2 R. S., 1852, p. 186.

The judgment below is affirmed, with costs.

*Thomas L. Smith* and *M. C. Kerr,* for the appellants.

*Randall Crawford* and *Henry Crawford,* for the appellee.